934 A.2d 1148

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Vernon STEED, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 2, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 2nd day of October, 2007, the Petition for Allowance of Appeal and Application for Leave to File Post–Submission Communications pursuant to Pa.R.A.P. 1501(a) are hereby **DENIED.**